JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARTIN VOGEL, | ) | Case No. SACV 15-01855-JLS(JCGx) |
| Plaintiff(s), | ) | |
| | ) | **ORDER STAYING ACTION** |
| v. | ) | **PENDING FINAL SETTLEMENT,** |
| | ) | **REMOVING CASE FROM ACTIVE** |
| WEST SIDE FAST FOODS, LLC, et al., | ) | **CASELOAD, AND FILING OF** |
| | ) | **DISMISSAL** |
| Defendant/s. | ) | |

On December 9, 2015, Plaintiff filed a Notice of Settlement (doc. 12), indicating that the case has been resolved. Based thereon, the Court hereby orders all proceedings in the case stayed pending final settlement.

It is further ordered that this action is removed from the Court's active caseload, subject to the right upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated.

The parties shall file a Stipulation of Dismissal no later than February 9, 2016. If no dismissal is filed, the Court deems the matter dismissed at that time.

///

///

///

///

1          The Court retains full jurisdiction over this action and this order shall not

2    prejudice any party in the action.

3

4

5

6    IT IS SO ORDERED.

7

8    DATED:  <u>December 9, 2015</u>

9                                       **<u>JOSEPHINE L. STATON</u>**
                                         JOSEPHINE L. STATON

10                                      United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28